IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY BLACKMAN,

      Plaintiff,　　　　　　　　　　　　　1: 07-CV- 0946 AWI  WMW   P

  vs.　　　　　　　　　　　　　　　　　　ORDER DENYING APPLICATION
　　　　　　　　　　　　　　　　　　　　　　　TO PROCEED IN FORMA PAUPERIS

JUDGE VAN SICKLEN, et al.,

      Defendants.

_____/

      Plaintiff is a state prisoner proceeding pro se in a civil rights action challenging the conditions of his confinement.

      Plaintiff, an inmate in the custody of the California Department of Corrections at Salinas Valley State Prison, initially brought this action pursuant to 42 U.S.C. § 1983 against a Los Angeles Superior Court Judge, court officials and correctional officials employed by the California Department of Corrections.   Plaintiff's complaint sets forth claims regarding his attempts at challenging his underlying criminal conviction.

      The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while

incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g).

This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement. All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted. Blackman v. Harwell, et al., 99-5822 REC HGB P (E. Dist. Cal.); Blackman v. Medina, 05-CV-05390-SI (N. Dist. Cal.); Blackman v. Variz, 06-CV 06398 SI (N. Dist. Cal.). Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is in imminent danger of serious physical injury. There are no such facts alleged in this case. The allegations in this action related to Plaintiff's ability to litigate in the Superior Court of Los Angeles.

Accordingly, an order to show cause was entered by the Magistrate Judge, directing Plaintiff to show cause why he should not be denied leave to proceed in forma pauperis. In response to the order to show cause, Plaintiff filed another motion to proceed in forma pauperis, and three amended complaints. The most recent, the third amended complaint, names as a defendant the Magistrate Judge assigned to this case. The first and second amended complaint, as well as the operative third amended complaint, restates generally the allegations of the original complaint. Plaintiff makes vague reference to conduct by officials at Salinas Valley State Prison, and references difficulties he is having in challenging his underlying criminal conviction. Plaintiff does not, however, make any showing as to why he should not be denied leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).

//

//

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28 U.S.C. § 1915(g).

2. Plaintiff is directed to submit the $350 filing fee in full, within thirty days of the date of service of this order. Failure to do so will result in dismissal of this action for Plaintiff's failure to prosecute.

IT IS SO ORDERED.

Dated:   November 27, 2007                       /s/ Anthony W. Ishii
                                             UNITED STATES DISTRICT JUDGE